UNITED STATES OF AMERICA
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff(s),

v.                                                                                          Case No.  1:07-cr-155-01

ERVIN FANCE,                                                               HON. RICHARD A. ENSLEN

       Defendant(s).
_____/

## ORDER OF DETENTION

      In accordance with the detention hearing conducted before the undersigned on July 13, 2007, IT IS HEREBY ORDERED that defendant be detained pending further proceedings.  The court finds detention to be warranted based on the nature of the charged offense, defendant's history of substance abuse, absconding and some violent behavior, as well as an open warrant of arrest for this defendant.  Additionally, it is the court's understanding that the defendant intends to plead guilty to the charge set forth in the indictment, and that the defendant will be pleading to an offense with a mandatory minimum of five years.

      IT IS FURTHER ORDERED that the defendant shall be committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate pending sentencing.  The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel.  On order of a court of the United States or on request of an  attorney for the government, the person in charge of the corrections facility shall

deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

        IT IS SO ORDERED.

                                      /s/ Timothy P. Greeley
                                    TIMOTHY P. GREELEY
                                    UNITED STATES MAGISTRATE JUDGE

Dated: June 19, 2007